IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

RAFAEL A LLERA OCASIO

ANA M FABREGAS AGUILAR

XXX-XX-2172

XXX-XX-2131

Debtor(s)

CASE NO. 11-05121 ESL

Chapter 13

**FILED & ENTERED**

MAY 08 2013

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

ORDER

The application for payment of unclaimed funds[1] filed by the DEBTORS for the amount of $1,740.54 (docket entry #105) is hereby granted. The Clerk shall disburse the amount of $ 1,740.54 to the Debtors, Rafael A. Llera Ocasio and Ana M. Fabregas Aguilar.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of May, 2013.

_____
Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
LUIS A. MEDINA TORRES
ALEJANDRO OLIVERAS RIVERA
FINANCE DEPT.
QUANTUM SERVICING CORP

---

1 The funds were deposited by the Chapter 13 Trustee in favor of Quantum Servicing Corporation.